

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00010-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO POLICE OFFICERS ASSOCIATION**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17585
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The appellant has filed an "Unopposed Motion to Refer Suit to Mediation." The motion is GRANTED. As requested in the motion, the appellate briefing deadlines remain intact, and the appellant's brief must be filed *on or before April 27, 2016.*

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court